# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 15-40466
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**

January 6, 2016

Lyle W. Cayce
Clerk

SHELLEY SONIAT,

Plaintiff - Appellant

v.

EDWARD JACKSON, III, JENNIFER MOORE, JOHNNY MOORE,

Defendants - Appellees

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHELLEY SONIAT,

Plaintiff - Appellant

v.

HUD REGION 6, FORT WORTH REGIONAL OFFICE,

Defendant - Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHELLEY SONIAT,

Plaintiff - Appellant

v.

MAJOR LEAGUE REALTY, INCORPORATED,

Defendant - Appellee

————

No. 15-40466

Appeal from the United States District Court
for the Eastern District of Texas
Nos. 4:14-CV-77, 4:14-CV-122, 4:14-CV-131

---

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

Shelley Soniat appeals the dismissal of claims brought under federal and Texas law for alleged wrongful behavior during her attempt to rent a home. Our thorough review of the briefs, record, and applicable law reveals no error. The district court properly held that Soniat failed to state any plausible claim for relief under the Fair Housing Act, Americans with Disabilities Act, or the Fourteenth Amendment of the United States Constitution. The district court similarly did not err when it refused to exercise supplemental jurisdiction over Soniat's remaining claims under Texas law following the dismissal of the federal claims.

The judgment of the district court is **AFFIRMED**.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2